# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:02CR00399-2 JO |
| vs. | ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE |
| Patrice Lumumba Ford | |
| **Defendant.** | |

**IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision release be, and hereby is, terminated effective as of the date of this Order.

**DATED** this 18th day of June, 2021,

Robert E. Jones
Senior U.S. District Judge

ORDER GRANTING TERMINATION OF SUPERVISION ( 10/2018)